# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of November, Two Thousand and Eighteen,

MELISSA FERRICK, et al.,

       *Plaintiffs-Appellees*,

v.

SPOTIFY USA INC.,

       *Defendant-Appellee*,

v.

TRACY SILVERMAN,

       *Objector-Appellant*.

**STIPULATION**

Docket Number: 18-1702(L),
18-1864(CON)

The undersigned counsel for the parties stipulate that the above-captioned appeal by Objector-Appellant Tracy Silverman in the member case No. 18-1864 is withdrawn with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

Date:  11/28/18                              */s/ John J. Pentz*
                                            Attorney for Appellant Tracy Silverman

Date:  11/28/18                              */s/ Geng Chen*
                                            Attorney for Plaintiffs-Appellees Melissa Ferrick et al.
                                            Susman Godfrey L.L.P.

Date:  11/28/18                              */s/ Archis Parasharami*

Attorney for Defendant-Appellee Spotify USA Inc.

Mayer Brown LLP